THOMAS E. PEREZ
Assistant Attorney General
STEVEN H. ROSENBAUM, Chief
DONNA M. MURPHY, Deputy Chief
CHARLA D. JACKSON
BURTIS M. DOUGHERTY
Trial Attorneys
E-mail: charla.jackson@usdoj.gov
E-mail: burtis.m.dougherty@usdoj.gov
Housing & Civil Enforcement Section
U.S. Department of Justice; Civil Rights Division
950 Pennsylvania Avenue, N.W. - G Street
Washington, D.C. 20530
Tel: (202) 514-4713 Fax: (202) 514-1116

ANDRE BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Assistant Division Chief
Civil Rights Unit Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
Calif. Bar No.210908
E-mail: erika.johnson@usdoj.gov
300 North Los Angeles Street; Federal Bldg Suite 7516
Los Angeles, CA 90012
Tel: (213) 894-0474 Fax: (213) 894-7819
Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>NARA BANK;<br>UNION AUTO SALES, INC., d/b/a<br>Union Mitsubishi;<br>HAN KOOK ENTERPRISE, INC.,<br>d/b/a Los Angeles City Hyundai,<br>Garden Grove Hyundai, Han Kook<br>Imports, Han Kook Motors and<br>Vermont Chevrolet; HAN KOOK<br>IMPORTS, INC.; HAN KOOK<br>MOTORS, INC.; VERMONT<br>CHEVROLET, INC.<br>    Defendants. | Case No: 09-7124 RGK (JCx)<br>**Order Entering**<br>**Protective Order**<br><br>CHANGES MADE BY COURT |

Pursuant to the terms of the Protective Order submitted by Plaintiff United States and Defendant Union Auto Sales, Inc., IT IS SO ORDERED with the following modifications (changes in bold):

1. Paragraph 2 is modified to read as follows:

    Documents or information designated as "Confidential" shall be used solely for purposes of the prosecution and/or defense of this action. **Unless otherwise ordered by the Court**, all persons identified in Paragraph 3 who are given access to any document(s) or information designated as "Confidential" **and all persons to whom access to any document(s) or information designated as "Confidential" is afforded pursuant to Paragraph 4** are prohibited from disclosing to or otherwise discussing such document(s) or information with any other person except as specifically provided below.

2. Paragraph 5 is modified to read as follows:

    In the event that any document or information **designated as "Confidential"** is the subject of witness examination at a deposition **[language deleted]** held in connection with this case, the person claiming the matter consists of, or contains, Confidential Information shall note on the record that all examination and testimony pertaining thereto shall be considered confidential and the pages of any transcript thereof so designated. **In the event that any document or information designated as "Confidential" is the subject of witness examination at a hearing, trial, or other proceeding held in connection with this case, other than a deposition, a person claiming the matter consists of, or contains, Confidential Information who seeks to limit public**

**access thereto at such hearing, trial, or other proceeding, shall make any requests to limit public access thereto to the presiding judge.**

IT IS SO ORDERED.

DATED: February 20, 2013

                                                    /s/
                                    JACQUELINE CHOOLJIAN
                                    United States Magistrate Judge