JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM
Chief
JON M. SEWARD
Deputy Chief
CHARLA D. JACKSON
BURTIS M. DOUGHERTY
Trial Attorneys
E-mail: charla.jackson@usdoj.gov
E-mail: burtis.m.dougherty@usdoj.gov
Housing & Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - G Street
Washington, D.C. 20530
Tel: (202) 514-4713 Fax: (202) 514-1116

ANDRE BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Assistant Division Chief
Civil Rights Unit Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
Calif. Bar No.210908
E-mail: erika.johnson@usdoj.gov
300 North Los Angeles Street; Federal Building; Suite 7516
Los Angeles, CA 90012
Tel: (213) 894-0474 Fax: (213) 894-7819
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>NARA BANK;<br><br>UNION AUTO SALES, INC., d/b/a<br>Union Mitsubishi;<br>HAN KOOK ENTERPRISE, INC.,<br>d/b/a Los Angeles City Hyundai,<br>Garden Grove Hyundai, Han Kook<br>Imports, Han Kook Motors and<br>Vermont Chevrolet; HAN KOOK<br>IMPORTS, INC.; HAN KOOK<br>MOTORS, INC.; VERMONT<br>CHEVROLET, INC.<br>    Defendants. | Case No: 09-7124 (RGK) (JCx)<br>**United States' Notice of Voluntary Dismissal of Defendant Han Kook Imports, Inc.** |

**PLEASE TAKE NOTICE** that the United States, by and through the undersigned counsel, and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses its claims in the above-captioned action as to Defendant Han Kook Imports, Inc.

On March 18, 2010, the United States filed a First Amended Complaint ("FAC") which, among other things, added Defendant Han Kook Imports, Inc., as an individual corporate defendant. Dkt. No. 34. Defendant Han Kook Imports, Inc., asserts that it is a dissolved corporation, that it formally dissolved and ceased to operate any business in 2007, and that it has no assets. On January 3, 2013, Defendant Han Kook Imports, Inc., filed a Bankruptcy Petition under Chapter 7 of the U.S. Bankruptcy Code, Case No. 2:13-bk-10199, in the United States Bankruptcy Court for the Central District of California.

The Clerk of the Court struck the Answer of Defendant Han Kook Inc., from the record on June 21, 2013. Dkt. 110. The Clerk of the Court also entered a Default as to Defendant Han Kook Imports, Inc. Dkt. No. 119.

The instant Notice of Voluntary Dismissal of Han Kook Imports, Inc., will, pursuant to Fed. R. Civ. P. 41(a)(1)(B), have the effect of dismissing the United States' claims against Defendant Han Kook Imports, Inc.

Respectfully submitted this 30th day of September, 2013.

|  |  |
|---|---|
|  | **For the Plaintiff United States**: |
| ANDRE BIROTTE, JR.<br>United States Attorney | JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division |
| LEON W. WEIDMAN<br>Civil Chief, Civil Division | STEVEN H. ROSENBAUM<br>Chief<br>Housing and Civil Enforcement Section |
|  | /s/ Charla Jackson |
| /s/ Erika Johnson-Brooks<br>ERIKA JOHNSON-BROOKS<br>Assistant United States Attorney<br>Email: erika.johnson@usdoj.gov<br>Office of the United States Attorney<br>Central District of California<br>1200 U.S. Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012<br>(213)894-2434 (phone)<br>(213)894-0141 (fax) | JON M. SEWARD<br>Deputy Chief<br>CHARLA D. JACKSON<br>BURTIS M. DOUGHERTY<br>Trial Attorneys<br>Email: charla.jackson@usdoj.gov<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - G St.<br>Washington, D.C. 20530<br>(202)514-4713 (phone)<br>(202)514-1116 (fax) |